143 A.3d 381

**PHILLIPS–HALL–SYNELL, Petitioner**

v.

**FANNIE MAE a/k/a Federal National Mortgage Association, Respondent.**

No. 85 EM 2016.

Supreme Court of Pennsylvania.

July 22, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of July, 2016, the Application for Extraordinary and King's Bench Jurisdiction is **DENIED.**

Justice MUNDY did not participate in the consideration or decision of this matter.

143 A.3d 382

**Johnny YOUNG-the Benefactor (A Living Man), Petitioner**

v.

**FEDERAL HOME LOAN MORTGAGE CORP. et al.; Phelan, Hallinan, Diamond & Jones, et al., Respondents.**

No. 84 EM 2016.

Supreme Court of Pennsylvania.

July 22, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of July, 2016, the Application for Extraordinary and King's Bench Jurisdiction is **DENIED.**

Justice MUNDY did not participate in the consideration or decision of this matter.